

David C. Wright, State Bar No. 177468
dcw@mccunewright.com
**MCCUNE WRIGHT AREVALO LLP**
3281 Guasti Road, Suite 100
Ontario, California 91761
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

Attorneys for Plaintiffs

DANIEL C. LAPIDUS (Bar No. 227170)
dan@lapiduslaw.com
JIM D. BAUCH (Bar No. 199454)
jim@lapiduslaw.com
LAPIDUS & LAPIDUS
A PROFESSIONAL LAW CORPORATION
177 SOUTH BEVERLY DRIVE
BEVERLY HILLS, CALIFORNIA 90212
TEL: 310-550-8700
FAX: 310-943-2471

Attorneys for Defendant
Nyko Technologies, Inc.



E-FILED
SEP -3 2019
Document # JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MICHAEL SKIATHITIS, CODY RAGER, AND GABRIEL BUGGS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NYKO TECHNOLOGIES, INC.,<br><br>Defendant. | Case No.: 2:18-cv-03584-PSG-SSx<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii); ORDER**<br><br>Honorable Philip S. Guiterrez |

1  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, IT
2  IS HEREBY STIPULATED, by and between Plaintiffs Michael Skiathitis, Cody
3  Rager, and Gabriel Buggs and Defendant Nyko Technologies, Inc., through their
4  designated counsel, that the above-captioned action be dismissed with prejudice in
5  its entirety.  Each party shall bear its own attorneys' fees and costs.

7  Date: August 27, 2019           **MCCUNE WRIGHT AREVALO, LLP**

9                                  By: /s/ *David C. Wright*
                                    David C. Wright, State Bar No. 177468
10                                  *Attorney for Plaintiffs*

12 DATED: August 27, 2019          LAPIDUS & LAPIDUS
13                                 A PROFESSIONAL LAW CORPORATION

15                                 By:  /s/ *Jim D. Bauch*
16                                 JIM D. BAUCH
                                   Attorneys for Defendant
17                                 Nyko Technologies, Inc.

IT IS SO ORDERED.
DATED: _____
_____
UNITED STATES DISTRICT JUDGE